# UNITED STATES DISTRICT COURT

for the

District of Alaska

United States of America
v.
JACOB ALLEN TWORK
*Defendant*

Case No. 3:22-CR-00060-JMK-KFR

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/15/2022

*Defendant's signature*

*Signature of defendant's attorney*

Ben Muse
*Printed name of defendant's attorney*

*Judge's signature*

*Judge's printed name and title*